DREAM Executive Review Committee,

My son Reyes desperately needs help because he has a drug addiction. His life has never been sweet, but he is a good person. When he was in school, he was liked by everyone and he would help anyone, and was always involved in sports. He has a sweet and respectful personality. Life has never been fair for him and I think that's what led him to drugs in order to handles those experiences. His biological father was very abusive to him as a child, physically and mentally, as well as to me. My baby has even tried suicide. I'm scared that if he doesn't get help with his drug addiction, he will attempt suicide again. Drugs became the answer to all of his tough life circumstances including his unhealthy relationships. I believe my son Reyes did wrong and now he has to pay the consequences because of his bad choices. But I think drugs are a major reason for his actions. I think he would succeed in the DREAM program. All of this time locked up has given him time to think. He wants to role model for his kids. Please help him.

Thank you,

Debbie De La Cruz Villanueva (Reyes' Mother)